**Order entered August 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00688-CV

## IN RE ANTHONY DAVID TEAGUE, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82919-2013**

## ORDER

Before Chief Justice Burns and Justices Myers and Evans

Based on the Court's opinion of this date, we **DENY** relator's July 20, 2020 petition for writ of mandamus.

/s/　ROBERT D. BURNS, III
　　　CHIEF JUSTICE